JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 652 -- IN RE ROPE ANTITRUST LITIGATION                              P. 1

| Date | Pleading | Description |
|---|---|---|
| 85/06/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Big D Building Supply Corp. and Elisha Webb & Son, Co. for transfer or actions pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: M.D. Pennsylvania -- SUGGESTED TRANSFEREE JUDGE: Judge Conaboy  (ds) |
| 85/06/27 | | APPEARANCES 00 DIYGKAS V. RUGKERM ESQ, for Cotter & Co.; FRANCIS O, SCARPULLA, ESQ, for Koblick Suppy, Inc.; DAVID BERGER, ESQ. for Big D Building Supply and Elisha Webb & Son Co.; JEROLD S. SOLVY, ESQ. for Gurdon W. Wattles and Gurdon B. Wattles; JAMES DOUGLAS WELCH, ESQ. for Wall Industries, Inc.; CARL G. ROBERTS, ESQ. for Wellington Leisure Products, Inc.; JOHN G. HARKINS, JR., ESQ. for American Manufacturing Co., Inc. (ds) |
| 85/06/28 | | APPEARANCES -- GUIDO SAVERI, ESQ. for South Bay Marina, Inc.; ROBERT A. MITTELSTAEDT, ESQ. for Tubbs Cordage Co. (ds) |
| 85/07/01 | 2 | RESPONSE -- Cotter & Company, South Bay Marina, Inc. and Koblick Supply, Inc. -- w/cert. of service  (cds) |
| 85/07/02 | 3 | JOINT RESPONSE -- Defts. Wall Industries, Inc.; American Manufacturing Co.; Bolen Holding Co., Inc.; Columbian Rope Co.; Tubbs Cordage; Wellington Leisure Products, Inc.; Gurdon W. Wattles and Gurdon B. Wattles -- w/Exhibit and certificate of service  (cds) |
| 85/07/09 | 4 | INTERESTED PARTY RESPONSE -- Pltf. Berman Enterprises, Inc. -- w/cert. of svc. (rh) |
| 85/07/22 | 5 | INTERESTED PARTY RESPONSE (re Englund Marine Supply, Inc. v. Columbian Rope Co., et al., N.D. California, C.A. No. 85-4007 (JPV) -- pltf. Englund Marine Supply, Inc. -- w/cert. of service  (cds) |
| 85/07/24 | 6 | LETTER -- Signed by David Berger, counsel for Big D Building Supply Corp and Elisha Webb & Son, Co. -- w/cert. of service (cds) |
| 85/08/09 | 7 | NOTICE OF RELATED ACTION -- (Weeks-Howe-Emerson Co. v. Tubbs Cordage Co., et al., N.D. Cal., C.A. No. C-85-4200-EFL) -- letter signed by Howard Langer (dated August 5, 1985) (rh) |

JPML FORM 1A

P. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 652 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/08/16 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on Sept. 19, 1985 in Indianapolis, Indiana (rh) |
| 85/09/18 | | ALL WAIVER OF ORAL ARGUMENT (rh) |
| 85/10/03 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Richard P. Conaboy pursuant 28 U.S.C. §1407. (paa) |
| 85/10/03 | | TRANSFER ORDER -- transferring A-1 thru A-3 to the Middle District of Pennsylvania for pretrial proceedings, pursuant to 28 U.S.C. [1407. Notified involved clerks, judges, counsel and misc. recipients. (paa) |
| 85/10/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-6 North American Towing Company v. Wall Industries, et al., D. Minnesota, C.A. No. 3-85-1017 -- Notified involved counsel and judge (rh) |
| 85/10/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-7 England Marine Supply, Inc., et el., v. Columbian Rope Co., et al., N.D. Cal., C.A. No. C85-4007-JPV and B-8 Weeks-Howe-Emerson Co., et al. v. Tubbs Cordage Co., et al., N.D. Cal., C.A. No. C85-4200-CAL -- Notified involved counsel and judge (rh) |
| 85/10/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-6 North American Towing Co. v. Wall Industries, et al., D. Minnesota, C.A. No. 3-85-1017 -- Notified involved judge and clerks (rh) |
| 85/10/31 | 2 | RESPONSE/MEMORANDUM -- E.F. Hutton & Co., Inc., Provincetown-Boston Airlines, Inc., Maurice Morisette, C. Bill Gregg, Ernest R. Preston, Jr., Edward J. Putzell, Jr., Philip L. Thomas, John E. Zate, Frederick R. Valentine, Peter H. Van Arsdale, John C. Van Arsdale, Jr., Jean E. Ferrone, Mary E. Van Arsdale and William G. Van Arsdale -- w/cert. of svc. (rh) |
| 85/10/31 | 3 | REQUEST FOR EXTENSION OF TIME -- pltf. Sidney M. Miller -- GRANTED AND TO INCLUDING NOVEMBER 1, 1985 (rh) |
| 85/10/31 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-7 Englund Marine Supply, Inc., et al. v. Columbian Rope Company, et al., N.D. Cal., C.A. No. C85-4007-JPV and B-8 Weeks-Howe-Emerson Co., et al. v. Tubbs Cordage Company, et al., N.D. Cal., C.A. No. C85-4200-CAL -- Notified involved judges and clerks (rh) |

JPML FORM 1A                                                                    p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 652 -- **IN RE ROPE ANTITRUST LITIGATION**

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/02/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-11 Berman Enterprises, Inc., etc v. Wall Industries, Inc., et al., S.D. New York, C.A. No. 85-Civ-5104 (VLB) -- Notified involved counsel and judges (tmq) |
| 86/02/26 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-11 Berman Enterprises, Inc., etc. v. Wall Industries, Inc., et al., S.D. New York, C.A. No. 85-Civ-5104(VLB) -- Notified involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 652 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ROPE ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/3/85 | Transfer | Unpublished | Pa.,M. 314 | Richard P. Conaboy | |

### Special Transferee Information

Kevin T. Calpin
Deputy Clerk
P.O. Box 1148
Scranton, Pa.  18501
344-8241
717-~~347-0205~~

DATE CLOSED: 1-20-90

Judge Conaboy retaining
jurisdiction under final
order of termination

JPML FORM 1 — LISTING OF INVOLVED ACTIONS — M.D. Pa.

DOCKET NO. 652 -- In re Rope Antitrust Litigation — Judge Richard P. Conaboy

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Cotter & Co. v. Wall Industries, Inc., et al. | Cal., N. Conti | C-85-3604-SC | 10/3/85 | 85-1614 | | |
| A-2 | Koblick Supply, Inc. v. American Mfg. Co., Inc., et al. | Cal., N. Legge | C-85-3522-CAL | 10/3/85 | 85-1615 | | |
| A-3 | South Bay Marina, Inc. v. American Mfg. Co., Inc. | Cal., N. Orrick | C-85-3521-WHO | 10/3/85 | 85-1616 | | |
| A-4 | Big D. Building Supply Corp. v. Gurdon W. Wattles, et al. | Pa., M. Conaboy | 85-0218 | | | All Closed 12/30/90 | |
| A-5 | Elisha Webb & Son Co. v. Gurdon W. Wattles, et al. | Pa., M. Conaboy | 85-0361 | | | | |
| B-6 | North American Towing Company v. Wall Industries, Inc., et al., 10-7-85 | D. Minn. Magnuson | 3-85-1017 | 10-23-85 | 85-1617 | | |
| B-7 | Englund Marine Supply, Inc., et al. v. Columbian Rope Company, et al. 10-15-85 | N.D. Cal. Vukasin | C85-4007-JPV | 10-31-85 | 85-1618 | | |
| B-8 | Weeks-Howe-Emerson Co., et al. v. Tubbs Cordage Company, et al. 10-15-85 | N.D. Cal. Legge | C85-4200-CAL | 10-31-85 | 85-1619 | | |
| XYZ-9 | David Fisher, etc v. Gudon W. Wattles et al. | Pa., M. | 84-1422 | | | | |
| XYZ-10 | Louis Equip. Co. v. Wall Industries, Inc., et al. | Pa., M. | 85-908 | | | | |

DOCKET NO. 652 -- IN RE ROPE ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Berman Enterprises, Inc., etc. v. Wall Industries, Inc., et. al. 2-10-86  July 1986 - 7 TR; 4XX25 11 Pgs. July 1987 - Same July 1988 - Same July 1989 - ~~Reopened~~ Same July 1990 - Same July 1991 - Litigation Closed | S.D.N.Y. Broderick | 85 Civ 5104 (VLB) | 2-26-86 | 86-0327 | 12/20/90 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 652 -- In re Rope Antitrust Litigation

COTTER & COMPANY (A-1)
Douglas V. Rigler, Esquire
Kaplan, Russin & Vecchi
1218 Sixteenth Street, N.W.
Washington, D.C. 20036

KOBLICK SUPPLY, INC. (A-2)
Francis O. Scarpulla, Esquire
Stephen V. Scarpulla, Esquire
Scarpulla & Scarpulla
423 Washington Street
San Francisco, California 94111

SOUTH BAY MARINA, INC. (A-3)
Guido Saveri, Esquire
Saveri & Saveri, P.C.
111 Sutter Street, Suite 2140
San Francisco, California 94104

BIG D. BUILDING SUPPLY CORP. (A-4)
ELISHA WEBB & SON CO. (A-5)
David Berger, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

GURDON W. WATTLES
GURDON B. WATTLES
Jerold S. Solovy, Esquire
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611

WALL INDUSTRIES, INC.
James Douglas Welch, Esquire
Popham, Haik, Schnobrich,
  Kaufman & Doty, Ltd.
1800 M Street Street, N.W.
Suite 300 South
Washington, D.C. 20036

WELLINGTON LEISURE PRODUCTS, INC.
(Wellington Puritan Mills)
Carl G. Roberts, Esquire
Dillworth, Paxson, Kalish
  & Kauffman
2600 The Fidelity Building
123 South Broad Street
Philadelphia, Pennsylvania 19104-1094

AMERICAN MANUFACTURING COMPANY, INC.
John G. Harkins, Jr., Esquire
Pepper, Hamilton & Scheetz
123 Broad Street
Philadelphia, Pennsylvania 19109

BOLEN HOLDING CO., INC. (No app. rec'd)
Irwin Goldbloom, Esquire
Latham, Watkins & Hills
1333 New Hampshire Avenue, N.W.
Suite 1200
Washington, D.C. 20006

COLUMBIAN ROPE COMPANY, INC.
Mark L. Davidson, Esquire
Bishop, Liberman, Cook,
  Purcell & Reynolds
1200 Seventeenth Street, N.W.
Washington, D.C. 20036

TUBBS CORDAGE COMPANY, INC.
Robert R. Mittelstaedt, Esquire
Pillsbury, Madison & Sutro
225 Bush Street
San Francisco, California 94104

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

NORTH AMERICAN TOWING COMPANY (B-6)
Jack L. Chestnut, Esq.
Chestnut & Brooks
900 Norwest Midland Bldg.
Minneapolis, Minnesota  55401


Donald B. Barry, Esq.
5425 Southwest Seventh Street
P.O. Box 4816
Topeka, Kansas  66604

ENGLUND MARINE SUPPLY, INC., ET AL. (B-7)
Josef D. Cooper, Esq.
Cooper, Kirkham & McKinney
300 Montgomery Street
Suite 600
San Francisco, CA  94104


M. Robert Stoll, Esq.
Justine Fischer
Stoll & Stoll
735 SW First Avenue
Portland, Oregon  97204

WEEKS-HOWE-EMERSON CO., ET AL. (B-8)
**Paul F. Bennett, Esq.**
David B. Gold, Esq.
120 Montgomer Street
Suite 650
San Francisco, CA  94104

D. PHILIP SKAER, II (Deft. in B-8)
James Douglas Welch, Esq.
(Same as Wall Industries, Inc.)

ROBERT L. STANTON (Deft. in B-8)
John G. Harkins, Jr., Esq.
(Same as American Manufacturing Co., Inc.)

PETER F. METCALF
LEGARE R. HOLE (Defts. in B-8)
Mark L. Davidson, Esq.
(Same as Columbian Rope Co.)

BERMAN ENTERPRISES, INC. (B-11)
Wolf, Poppers, Ross, Wolf & Jones
845 Third Avenue
New York, NY  10022

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 652 -- IN RE ROPE ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| GURDON W. WATTLES | 4; 5 |
| GURDON B. WATTLES | 4; 5 |
| AMERICAN MANUFACTURING CO., IN. | 1; 2; 3; 4; 5, B-6, B-7, B-8, B-11, |
| BOLEN HOLDING CO., INC. | 4; 5 |
| COLUMBIAN ROPE COMPANY, INC. | 1; 2; 4; 5; B-6, B-7, B-8, B-11, |
| TUBBS CORDAGE COMPANY, INC. | 1; 2; 4; 5, B-7, B-8, B-11, |
| WALL INDUSTRIES, INC. | 1; 2; 4; 5, B-6, B-7, B-8, B-11, |
| (Wellington Puritan Mills.) WELLINGTON LEISURE PRODUCTS, INC. | 4; 5 |
| D. Philip Skaer, II | B-8 |
| Robert L. Stanton | B-8 |

p. 2

| | |
|---|---|
| Peter F. Metcalf | B-8 |
| Legare R. Hole | B-8 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |