JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -3 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 652

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ROPE ANTITRUST LITIGATION

TRANSFER ORDER

All parties to the actions listed on the attached Schedule A agree upon the desirability of transfer, pursuant to 28 U.S.C. §1407, of the actions pending in the Northern District of California to the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings with the actions pending in that district.[1/] The Panel has found upon consideration of the papers submitted[2/] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Northern District of California be, and the same hereby are, transferred to the Middle District of Pennsylvania and, with the consent of that court, assigned to the Honorable Richard P. Conaboy for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] The Panel has been advised of the pendency of several recently filed related actions. These actions and any additional actions will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

[2/] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., id. at 283-84.

SCHEDULE A

<u>MDL-652 -- In re Rope Antitrust Litigation</u>

    <u>Northern District of California</u>

<u>Cotter & Co. v. Wall Industries, Inc., et al.</u>, C.A. No. C-85-3604-SC
<u>Koblick Supply, Inc. v. American Mfg. Co., Inc., et al.</u>, C.A. No. C-85-3522-CAL
<u>South Bay Marina, Inc. v. American Mfg. Co., Inc.</u>, C.A. No. C-85-3521-WHO

    <u>Middle District of Pennsylvania</u>

<u>Big D Building Supply Corp. v. Gurdon W. Wattles, et al.</u>, C.A. No. 85-9218
<u>Elisha Webb & Son Co. v. Gurdon W. Wattles, et al.</u>, C.A. No. 85-9361